# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRADLEY J. MUCH,<br><br>   Petitioner,<br><br>  v.<br><br>COUNTY OF LOS ANGELES,<br><br>   Respondent. | Case No. CV 21-09424 VAP (RAO)<br><br><br>JUDGMENT |

  IT IS HEREBY ORDERED AND ADJUDGED that this action is dismissed without prejudice for the reasons set forth in the related Memorandum and Order Regarding Summary Dismissal of Petition for Writ of Habeas Corpus and Denial of Certificate of Appealability.

DATED: December 15, 2021

                             VIRGINIA A. PHILLIPS
                             UNITED STATES DISTRICT JUDGE